Michael P. Kenny, Esq. (admitted *pro hac vice*)
mike.kenny@alston.com
Debra D. Bernstein, Esq. (admitted *pro hac vice*)
debra.bernstein@alston.com
Matthew D. Kent (admitted *pro hac vice*)
matthew.kent@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777

James M. Wagstaffe, Esq. (SBN 95535)
wagstaffe@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Facsimile: (415) 371-0500

*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-md-05944-SC (N.D. Cal.) |
| | MDL No. 1917 |
| This Document Relates to: Individual Case No. 13-cv-2171 (SC) DELL INC. AND DELL PRODUCTS L.P., PLAINTIFFS, V. HITACHI, LTD., *et al.*, DEFENDANTS. | **DELL INC. AND DELL PRODUCTS L.P.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5** |

Pursuant to Civil Local Rules 7-11 and 79-5, and in accordance with this Court's General Order No. 62, effective May 10, 2010, Plaintiffs Dell Inc. and Dell Products L.P. (collectively, "Dell") respectfully request an order permitting Dell to file under seal portions of Direct Action Plaintiffs' Response in Opposition to SDI Defendants' Motion to Exclude Expert Testimony of Professor Stephan Haggard ("Haggard *Daubert* Response") and Exhibits 1-6 to the Declaration of Debra D. Bernstein in Support of the Haggard *Daubert* Response. This Administrative Motion is supported by the Declaration of Matthew D. Kent ("Kent Declaration") filed contemporaneously herewith.

Dell submits this Administrative Motion because the Haggard *Daubert* Response and Exhibits 1-6 to the Bernstein Declaration contain: (a) material designated pursuant to a Protective Order as "Confidential" or "Highly Confidential"; and (b) analysis of, references to, or information taken directly from material designated pursuant to a Protective Order as "Confidential" or "Highly Confidential."

As set forth in the Kent Declaration, Dell seeks to file materials under seal that reflect, contain, or refer to information that certain parties other than Dell have designated as "Confidential" or "Highly Confidential" pursuant to a Protective Order. N.D. Cal. Civil Local Rule 79-5 provides that if a party wishes to file a document that has been designated confidential by another party, or if a party wishes to refer in a memorandum to information so designated by another party, the submitting party must file an administrative motion to seal and the designating party must file a declaration within four days of filing the administrative motion to seal establishing that the designated material is sealable. N.D. Cal. Civ. L.R. 79-5(e). It is the other party's burden to establish that the designated information is sealable. Civil L.R. 79-5(d); *see Kamakana v. City of Honolulu*, 447 F.3d 1172, 1178-1180 (9th Cir. 2006).

WHEREFORE, Dell respectfully submits this administrative motion pursuant to the Protective Order and Civil Local Rule 79-5 and hereby notifies the parties of their burden to establish that the designated material is sealable.

Date: January 16, 2015

Respectfully submitted,

By:   /s/ Matthew D. Kent
Michael P. Kenny, Esq. (GA Bar No. 415064)
mike.kenny@alston.com
Debra D. Bernstein, Esq. (GA Bar No. 054998)
debra.bernstein@alston.com
Matthew D. Kent, Esq. (GA Bar No. 526272)
matthew.kent@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia  30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777

James M. Wagstaffe, Esq. (SBN 95535)
wagstaffe@kerrwagstaffe.com
**Kerr & Wagstaffe LLP**
101 Mission Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Facsimile: (415) 371-0500

*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*